02-10-433-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00433-CV 

 

 


 
 
 In re Dominic Tomlinson
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of
mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s
petition for writ of mandamus is denied.

PER CURIAM

 

 

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

LIVINGSTON, C.J., would request a response.

 

DELIVERED: 
December 8, 2010











     [1]See
Tex. R. App. P. 47.4.